IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD A. DERGE,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                         15-cv-129-wmc

LOIS REYNOLDS and DEBRA HALL,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Richard A. Derge leave to proceed and dismissing this case without prejudice pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction.

    /s/                                                      3/3/2015

    Peter Oppeneer, Clerk of Court                  Date